IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEANNE BAUGH, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 16-430 |
| ROBERT MORRIS UNIVERSITY, | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Pending before the court is plaintiff Jeanne Baugh's motion to strike ECF No. 36 (ECF No. 46). Defendant Robert Morris University filed a response in opposition thereto (ECF No. 51).

ECF No. 36 is defendant's memorandum of law in support of its motion for summary judgment. The basis for plaintiff's motion to strike is that defendant's memorandum of law is twenty-two pages long, twenty-one pages of which contain substantive argument, which is in excess of the court's chamber rule on page limits for briefs in support of motions for summary judgment, and defendant did not seek leave of court to file a brief in excess of the chamber rule. Pl.'s Br. in Supp. of Pl.'s Mot. to Str. ECF No. 36, ECF No. 47 at 1.

Defendant's memorandum of law in support of it motion for summary judgment is twenty-two pages in length. Mem. of Law in Supp. of Def. Mot. for Summ. J. at 1-22, ECF No. 36 at 1-22. Pages 1-20 contain substantive argument; page 21 contains a signature block and unnumbered page 22 contains a "certificate of service." Id.

The applicable court chamber rule provides, "[b]riefs in support of and opposing summary judgment motions shall be limited to 20 pages, excluding tables." CIVIL CASES,

Pretrial Procedure, General Motion Practice, Page Limits, p. 4.  Defendant's memorandum of law in support of its motion for summary judgment (ECF No. 36) complies with this rule.

**AND NOW**, this 25th day of August, 2017, **IT IS HEREBY ORDERED** that the motion to strike filed on behalf of plaintiff Jeanne Baugh (ECF No. 46) is **DENIED**.

By the court:

s/Joy Flowers Conti
Joy Flowers Conti
Chief United States District Judge