IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEANNE BAUGH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CV16-430 |
| ROBERT MORRIS UNIVERSITY, | ) ) ) |
| Defendant. | ) ) |

## ORDER

**AND NOW,** this 20th day of March, 2018, upon consideration of the motion for summary judgment filed on behalf of defendant Robert Morris University ("RMU") and for the reasons set forth in the accompanying opinion, **IT IS HEREBY ORDERED** that the motion for summary judgment filed on behalf of defendant RMU (ECF No. 35) is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Judgment is granted in favor of RMU with respect to the claims set forth in Counts I and II of the plaintiff's first amended complaint for sex discrimination in violation of Title VII, Title IX, and the PHRA, to the extent the claims are based upon the fall 2013 semester INFS6151 course assignment and the summer 2014 session ethics course assignment;

2. Judgment is granted in favor of RMU with respect to the claim set forth in Count III of the plaintiff's first amended complaint for retaliation in violation of Title IX;

3. Judgment is granted in favor of RMU with respect to the claims set forth in Counts V and VI of the plaintiff's first amended complaint for hostile work environment in violation of Title VII, Title IX, and the PHRA; and

4. The motion for summary judgment filed on behalf of defendant RMU is denied in all other respects.

The remaining claims are 1) the claims set forth in Counts I and II of the plaintiff's first amended complaint for sex discrimination in violation of Title VII, Title IX, and the PHRA, to the extent the claims are based upon the assignment of the right of first refusal for the INFS6151 course to Dr. Laverty; 2) the claim set forth in Count III of the plaintiff's first amended complaint for retaliation in violation of Title VII; and 3) the claim set forth in Count IV of the plaintiff's first amended complaint for retaliation in violation of the PHRA.

By the court:

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge