IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEANNE BAUGH,<br>　　　　　Plaintiff,<br><br>vs<br><br>ROBERT MORRIS UNIVERSITY,<br>　　　　　Defendant. | )<br>)<br>)<br>)  Civil Action No. 16-430<br>)<br>)<br>) |

### VERDICT FORM

### SEX DISCRIMINATION

Question No. 1

Do you find, by a preponderance of the evidence, that Robert Morris University intentionally discriminated against Dr. Jeanne Baugh because of her sex when the University awarded Dr. Patrick Laverty the "right of first refusal" to teach Advanced JAVA – INFS 6151 during the Summer 2014 academic semester?

　　　　　　　　Yes _____　　　　No ___✓___

### RETALIATION

Question No. 2

Do you find, by a preponderance of the evidence, that Robert Morris University intentionally retaliated against Dr. Jeanne Baugh when the University:

A.　Did not assign her to teach Advanced JAVA – INFS 6151 for the Spring 2014 academic semester?

　　　Yes ___✓___　　　No _____

OR

B.　Assigned her a Monday/Wednesday/Friday teaching schedule for the Fall 2014 academic semester?

　　　Yes ___✓___　　　No _____

**If you answered "Yes" to Question No. 1 and/or Question No. 2(A) and/or 2(B), please answer the Questions under the Damages section below. If you answered "No" to Question Nos. 1, 2(A), and 2(B), please sign the Verdict Form and notify the courtroom deputy that you have completed deliberations.**

## DAMAGES

**If you answered "No" to Question Nos. 1, 2(A) and 2(B), disregard the following questions, sign the Verdict Form, and notify the courtroom deputy that you have completed deliberations. If you answered "Yes" to Question No. 1 and/or Question No. 2(A) and/or 2(B), please answer the following Questions.**

### Backpay/Economic Damages

Question No. 3

If you answered "No" to Question No. 1, disregard this question. If you answered "Yes" to Question No. 1, set forth below a backpay/economic damage award of $1,200.00.

$ __∅__

Question No. 4

If you answered "No" to Question No. 2(A), disregard this question. If you answered "Yes" to Question No. 2(A), set forth below a backpay/economic damage award of $1,305.00.

$ __1305.00__

Question No. 5

If you answered "No" to Question No. 2(B), disregard this question. If you answered "Yes" to Question No. 2(B), set forth below a backpay/economic damage award of $1322.49.

$ __~~∅~~ 1322.49__

### Compensatory Damages

Question No. 6

If you answered "No" to Question No. 1, disregard this question. If you answered "Yes" to Question No. 1, what amount of compensatory damages, if any, has Dr. Jeanne Baugh proven by a preponderance of the evidence that she sustained as a result of Robert Morris University's actions with respect to Question No. 1?

$ __∅__

2

Question No. 7

If you answered "No" to Question No. 2(A), disregard this question. If you answered "Yes" to Question No. 2(A), what amount of compensatory damages, if any, has Dr. Jeanne Baugh proven by a preponderance of the evidence that she sustained as a result of Robert Morris University's actions with respect to Question No. 2(A)?

$ __0__

Question No. 8

If you answered "No" to Question No. 2(B), disregard this question. If you answered "Yes" to Question No. 2(B), what amount of compensatory damages, if any, has Dr. Jeanne Baugh proven by a preponderance of the evidence that she sustained as a result of Robert Morris University's actions with respect to Question No. 2(B)?

$ __0__

## Punitive Damages

Question No. 9

Did Robert Morris University prove by a preponderance of the evidence that it made good faith efforts to comply with the anti-discrimination laws?

Yes _____    No __✓__

**If you answered "No" to Question No. 9, proceed to Question No. 10. If you answered "Yes" to Question No. 9, disregard the following questions, sign the Verdict Form, and notify the courtroom deputy that have completed deliberations.**

Question No. 10

Did Robert Morris University's supervisory employees engage in discriminatory practices with malice or with reckless indifference to Dr. Jeanne Baugh's rights under the federal anti-discrimination laws?

Yes __✓__    No _____

**If you answered "Yes" to Question No. 10, proceed to Question No. 11. If you answered "No" to Question No. 10, disregard the following question, sign the Verdict Form, and notify the courtroom deputy that have completed deliberations.**

Question No. 11

State the amount, if any, of punitive damages to which Dr. Jeanne Baugh is entitled.

$ 10,000

**Please sign the Verdict Form and notify the bailiff that you have completed deliberations.**

Members of the Jury                         Dated: 9/11/18

1. _Ambrau Hepler_
   Foreperson

2. _Christina Bridge_

3. _Jamie L Christopher_

4. _Amy R. Ferringer_

5. _Kellee A. Jillian_

6. _Catherine Fausti_

7. _Amanda McCutcheon_

8. _Chelsea Mntry_